**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mary Beasley, Derrick Fleming, Zikomo Hendrix, and
Diane Mack, Defendants,

Of whom Zikomo Hendrix is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001632

―――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――

Unpublished Opinion No. 2019-UP-194
Submitted May 6, 2019 – Filed May 24, 2019

―――――――――

**AFFIRMED**

―――――――――

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Richard Whitney Allen, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:** Zikomo Hendrix appeals a family court order finding he harmed two minor children, removing them from his custody, and ordering him to complete a placement plan. *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hendrix's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.